**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsd.uscourts.gov**

**Securities & Exchange Commission,**
**Plaintiff,**

**Case No. 04-80153-CIV-COHN/SNOW**

**v.**

**Darren Silverman and Matthew Brenner,**
**Defendants.**

**EXHIBIT 1**

# AFFIDAVIT OF SONEET R. KAPILA, CPA*, CIRA, CFE

* Regulated by the State of Florida.

Kapila & Company
Certified Public Accountants

# INDEX

## AFFIDAVIT

## EXHIBITS


| | |
|---|---|
| Summary of Cash Inflows and Outflows | A |
| Summary of Accounts Analyzed | B |
| Documents Utilized | C |


## QUALIFICATIONS


Resume of Soneet R. Kapila
Speaking Engagements
Case Experience


Kapila & Company
Certified Public Accountants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsd.uscourts.gov**

**Securities & Exchange Commission,**
**Plaintiff,**

**Case No. 04-80153-CIV-COHN/SNOW**

**v.**

**Darren Silverman and Matthew Brenner,**
**Defendants.**

## AFFIDAVIT OF SONEET R. KAPILA, CPA*, CIRA, CFE

STATE OF FLORIDA )
) ss.
COUNTY OF BROWARD )

COMES NOW THE Affiant, Soneet R. Kapila being duly sworn, according to law, upon my oath and says:

**QUALIFICATIONS**

1. I am licensed as a CPA by the State of Florida. I am a Certified Insolvency and Restructuring Advisor ("CIRA"), a Certified Fraud Examiner ("CFE"), and a shareholder of the independent public

* Regulated by the State of Florida.

accounting firm of Kapila & Company ("Kapila"), 1000 South Federal Highway, Suite 200, Fort Lauderdale, Florida 33316.

2. The practice of Kapila is concentrated in litigation support, forensic investigation, insolvency, creditors' rights and fiduciary matters.

3. I am also a Federal Bankruptcy Trustee and have been appointed as Trustee in several thousand cases, most of them involving forensic investigation and asset tracing.

4. I have also been appointed Examiner by the Bankruptcy Court in numerous matters and as Corporate Monitor by the Federal District Court and the Securities and Exchange Commission (the "SEC"). Kapila has served in roles to protect the interests of loss victims in certain SEC matters, in addition to serving as forensic accountants to several Federal Trade Commission (the "FTC") and SEC Receiverships.

5. The matters set forth in this Affidavit are based upon my own personal knowledge of the facts and review of the documents contained herein.

**RETENTION**

6. Kapila was retained as forensic accountants and experts by the SEC to testify on the following issues:

- The total amount of investor funds received by IDT Fund, Ltd., IDT Fund B, Ltd., IDT Fund C, Ltd., The Millennium IDT Fund, Ltd., and the IDT Group, Inc. (collectively the "IDT Funds") from September 1999 until April 17, 2003 (the "Bankruptcy Filing Date").
- The total amount of funds disbursed by the IDT Funds to or for the benefit of Darren Silverman ("Silverman") and Matthew Brenner ("Brenner") from September 1999 until the Bankruptcy Filing Date.

**BACKGROUND**

7. In August 1999, IDT Funding Corporation was formed as a foreign corporation to act as the General Partner to the following limited partnership hedge funds: IDT Fund, Ltd. ("Fund A"), IDT Fund B, Ltd. ("Fund B"), IDT Fund C, Ltd. ("Fund C") and The Millennium IDT Fund, Ltd. ("Millennium"), [1](collectively the "IDT Partnerships)".

---

[1] IDT Group, Inc. Confidential Documentation Regarding Merger Plan Dated: March 2001 – page 2 – Introduction.

8. In April 2001 the IDT Partnerships ceased their separate identities and merged into IDT Group, Inc (the "IDT Group").[2]

9. Per the Confidential Private Placement Memorandum of IDT Group dated May 1, 2001 (the "IDT PPM"), Silverman held approximately 22.2% of the outstanding stock of IDT Group, Inc.[3] Additionally, both Silverman and Brenner held management positions; Silverman was listed as president and Brenner as secretary.[4]

10. On April 17, 2003, IDT Group, Inc. filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the Southern District of Florida, Fort Lauderdale Division, thus commencing bankruptcy case number 03-22747-RBR (the "Bankruptcy Proceeding").

11. On February 19, 2004 the SEC commenced action against the Defendants by filing the Complaint for Injunctive and Other Relief (the "Complaint") with the United States District Court for the Southern District of Florida (the "District Court") naming Silverman and Brenner as Defendants, thus commencing case number 04-80153-CIV-COHN/SNOW (the "SEC Action").

---

[2] Articles of Merger of IDT Fund, Ltd., IDT Fund B, Ltd., IDT Fund C, Ltd., IDT Group, Inc. and The Millennium IDT Fund, Ltd. filed with the Florida Department of Corporations on April 24, 2001.

[3] IDT PPM – page 13.

[4] IDT PPM – page 20.

## SCOPE

12. My professional staff, working under my direct supervision, and I expended in excess of 400 hours while employed as accountants for Chapter 7 Trustee, Sonya Salkin (the "Trustee"), in the Bankruptcy Proceeding.

13. Additionally, Kapila has expended in excess of 250 hours while employed as forensic accounting experts in the SEC Action.

## INVESTIGATION AND BASIS OF FINDINGS

14. Kapila's findings are based on analysis and reconstruction of the banking and brokerage accounts obtained via subpoena by the Trustee and the SEC and enumerated at **Exhibit B**.

15. Additionally, Kapila reviewed and analyzed numerous documents relating to the IDT Funds including, but not limited to, legal documents and pleadings, general ledgers and check registers. A complete list of the documents reviewed and utilized is enumerated at **Exhibit C**.

## ACCOUNTING AND BANKING RECORDS

16. Throughout the progress of the Bankruptcy Proceeding and the SEC Action, Kapila obtained copies of bank statements, deposit tickets, cancelled checks and wire transfer remittance advices of numerous bank and brokerage accounts. The bank accounts

analyzed by Kapila are enumerated at **Exhibit B**.

17. In May 2003, shortly after retention in the Bankruptcy Proceeding, Kapila requested electronic accounting records from Wolfson and Associates, PA, CPA's ("Wolfson"), the independent accountants for the IDT Funds. In spite of repeated requests, Kapila was not able to obtain the aforementioned electronic accounting records.

18. In May 2003, Kapila obtained incomplete hardcopy general ledgers and check registers for some of the IDT Funds, for the years ended December 31, 2000, 2001 and 2002. A complete list of the accounting records obtained by Kapila is enumerated at **Exhibit C**.

19. Kapila's analysis of the banking and accounting records of the IDT Funds was hampered by circumstances including, but not limited to, the following:

- The lack of complete investor files and investor databases.
- The lack of accounting records prior to January 1, 2000.
- Incomplete descriptions contained in the check registers and general ledgers obtained by Kapila.
- The source and payee information received by Kapila was incomplete largely with respect to wire transfer remittance advices.

**FINDINGS**

20. **Cash inflows (Exhibit A):** From September 1999 through the Bankruptcy Filing Date (the "Relevant Time Period"), the IDT Funds received the following funds:

| Source | Amount |
|---|---|
| Investor funds | $32,008,452 |
| Unidentified - insufficient documentation | 4,409,156 |
| Other | 471,246 |
| **Total** | **$36,888,854** |

21. **Cash outflows (Exhibit A):** During the Relevant Time Period, the IDT Funds disbursed the following funds:

| Payee | Amount |
|---|---|
| Payee identified | $29,157,991 |
| Unidentified payee - insufficient documentation | 8,117,527 |
| **Total** | **$37,275,518** |

22. **Compensation and fees prior to April 2001**: IDT Funding Corporation was the General Partner of the IDT Partnerships (¶ 7). Review of the Confidential Private Placement Memorandum for IDT Fund B, Ltd. dated January 15, 2000 ("Fund B PPM") indicates that the General Partner charged both administrative and incentive fees.[5] [6]

23. **Compensation and fees subsequent to April 2001**: Based on the IDT PPM, starting in May 2001, each member of management of the newly formed IDT Group was to be compensated based on the foregoing:

> "Each member of management shall be compensated based on an annual salary of seventy five thousand dollars ($75,000.00) per year. In addition, each member of management shall be entitled to receive five percent (5%) of the net income from each investment made by the Company (defined previously in the PPM as the IDT Group, Inc.) exclusive of Worldwide Trading and each shall receive (5%) of the equity received by the Company for any venture capital investment made."[7]

---

[5] Each of the IDT Funds had "near-identical PPMs" – Complaint page 4 – Section 8.

[6] Fund B PPM – pages 16-17.

[7] IDT PPM – Compensation and Fees – page 21.

24. **<u>Total Amount of Funds Disbursed to or on behalf of Silverman and Brenner</u>:**

- From at least January 2000 through April 2001, administrative and incentive fees were payable to IDT Funding Corp (¶ 22). Per the Fund B PPM, Brenner acted as manager of the IDT Funding Corp.[8]
- Per the IDT PPM, commencing May 1, 2001 salaries plus percentages of net income and equity as defined in ¶ 23 were payable to members of management.
- Based on the facts enumerated above, it is reasonable to expect, that commencing May 1, 2001, Silverman as president of the IDT Group and Brenner as secretary would have received on an individual basis the following (¶ 23):
  1. Annual salaries of $75,000 plus
  2. 5% of the net income from each investment made by the IDT Group (exclusive of Worldwide Trading) plus
  3. 5% of the equity received by the IDT Group for any venture capital investment made.

[8] Fund B PPM – page 14.

- Through the course of investigation, Kapila identified, on a net aggregate basis, the amounts disbursed by the IDT Funds to Silverman and Brenner during the Relevant Time Period approximated the following:

| Payee | Amount |
|---|---:|
| Silverman | $50,000 |
| Brenner | 0 |
| **Total** | **$50,000** |

- The net aggregate payments to Silverman and Brenner are obviously inconsistent with the fee structure as outlined in ¶23. As members of management of the IDT Group and in the face of incomplete records ¶18-19 it is conceivable that Silverman and Brenner received more funds than the disbursements above demonstrate.

25. **<u>Unidentified payee due to insufficient documentation:</u>** Kapila's analysis of the banking and accounting records of the IDT Funds was hampered by incomplete and insufficient accounting records (¶18-19). As such, the payees of approximately $8.1 million or approximately 22% of the disbursements made by the IDT Funds

remains unidentified. It is important to note that it is possible that additional payments to Silverman and Brenner may be embedded in this unidentified amount.

* * * * *

Kapila's reserves the right to supplement his testimony and document list based upon information that may become available prior to trial.

FURTHER AFFIANT SAYETH NOT.

[signature]
Soneet Kapila, CPA*, CIRA, CFE

The foregoing instrument was acknowledged before me this 23rd day of June, 2008, by Soneet R. Kapila, who is personally known to me or who has produced as identification and who did/did not take an oath.

[signature]
Notary Signature

Michelle S. Sams
Notary name - print

My Commission Expires:

MICHELLE S. SAMS
Comm# DD0606460
Expires 5/8/2011
Florida Notary Assn., Inc

Y:\IDT Group, Inc.,\KCO Analyses\Reports\Affidavit of SRK - June 2008.doc

* Regulated by the State of Florida.

Exhibit A

**Securities & Exchange Commission, Plaintiff v. Darren Silverman and Matthew Brenner, Defendants.**
**Case No. 04-80183-CIV-COHN/SNOW**

**United States District Court**
**Southern District of Florida**

## IDT Funds
## Summary of Cash Inflows and Outflows
## For The Period September 1, 1999 through April 16, 2003

| Sources: | 1. Banking records and supporting documentation of IDT Group, Inc. and IDT Funds - **Exhibit B.**<br>2. General ledgers IDT Group, Inc. and IDT Funds- **Exhibit C.** |
|---|---|




SEE AFFIDAVIT OF PROOF DATED JUNE 23, 2008

Exhibit B

**Securities & Exchange Commission, Plaintiff v. Darren Silverman and Matthew Brenner, Defendants.**
**Case No. 04-80183-CIV-COHN/SNOW**
**United States District Court**
**Southern District of Florida**

## IDT Funds
## Summary of Accounts Analyzed

| Brokerage Account | Account # | Account Name | Date Range | Deposits | Withdrawals |
|---|---|---|---|---|---|
| Deutsche Banc Alex Brown | 248-40552 | IDT Fund Ltd. | 01/01/00 - 09/30/01 | 14,016,233 | 14,016,233 |
| Deutsche Banc Alex Brown | 248-40839 | IDT Fund Ltd. Syndicate | 03/01/00 - 12/31/00 | 405,417 | 405,417 |
| Deutsche Banc Alex Brown | 248-40907 | IDT Fund B Ltd. | 03/01/00 - 10/31/02 | 13,039,491 | 13,039,491 |
| Deutsche Banc Alex Brown | 248-43610 | IDT Fund C Ltd. | 07/01/00 - 10/31/02 | 3,886,580 | 3,886,580 |
| Deutsche Banc Alex Brown | 248-44282 | IDT Group Inc. | 04/01/01 - 02/28/03 | 10,461,150 | 10,461,150 |
| Deutsche Banc Alex Brown | 5XF-442829 | IDT Group Inc. | 02/01/03 - 04/17/03 | 50,237 | 13,047 |
| Merrill Lynch | 885-07094 | IDT Fund Ltd. | 05/01/01 - 04/17/03 | 340,262 | 340,252 |
| Merrill Lynch | 885-07K45 | IDT Fund Ltd. | 11/01/99 - 10/31/02 | 6,727,390 | 6,727,390 |
| Republic Security Bank | 7005521854 | IDT Fund B Ltd. | 09/01/99 - 05/31/01 | 9,682,046 | 9,682,046 |
| Republic Security Bank | 7005522060 | IDT Venture Group | 03/01/00 - 05/31/01 | 1,493,209 | 1,493,209 |
| Republic Security Bank | 7005522079 | IDT Fund B Ltd. | 02/01/00 - 05/31/01 | 7,042,694 | 7,042,694 |
| Republic Security Bank | 7005522192 | IDT Fund C Ltd. | 06/01/00 - 05/31/01 | 2,225,850 | 2,225,850 |
| Republic Security Bank/Wachovia | 14-374-969 | IDT Group Inc. | 04/01/01 - 03/31/03 | 15,261,325 | 15,245,340 |
| Spear, Leads, Kellogg | 7CAN | IDT Group Inc. | 05/01/01 - 06/30/04 | 30,126,576 | 30,126,804 |
| Spear, Leads, Kellogg | 7E1D | IDT Group Inc. | 06/01/01 - 04/30/02 | 8,659,426 | 8,659,426 |
| Spear, Leads, Kellogg | 7HH6 | IDT Fund Ltd. | 04/01/00 - 05/31/01 | 27,443,682 | 27,443,341 |
| Spear, Leads, Kellogg | 7Y10 | IDT Fund B Ltd. | 10/01/00 - 06/30/01 | 28,190,430 | 28,190,430 |
| **Total** | | | | **$ 179,051,997** | **$ 178,998,701** |
| | | | | | |
| **Net cash inflow** | | | | **$ 53,296** | |

SEE AFFIDAVIT OF PROOF DATED JUNE 23, 2008

*Kapila & Company*

Y:\IDT Group, Inc.,\KCO Analyses\Reports\Affidavit of SRK - June 2008\Exhibit B.xls

Exhibit C

**Securities & Exchange Commission, Plaintiff v. Darren Silverman and Matthew Brenner, Defendants.**
**CASE NO. 04-80153-CIV-COHN/SNOW**

**United States District Court**
**Southern District of Florida**

## Additional Documents Utilized

| Accounting Records | | |
|---|---|---|
| **Item** | **Entity** | **Document Description** |
| 1 | IDT Group, Inc. | General Ledger - 01/01/01 - 12/31/01. |
| 2 | IDT Group, Inc. | General Ledger - 01/01/02 - 12/31/02. |
| 3 | IDT Group, Inc. | Check Register - 04/30/01 - 11/30/01. |
| 4 | IDT Fund A, Ltd. | General Ledger - 01/01/00 - 12/31/00. |
| 5 | IDT Fund A, Ltd. | General Ledger - 01/01/01 - 12/31/01. |
| 6 | IDT Fund A, Ltd. | Check Register - 01/01/00 - 12/31/00. |
| 7 | IDT Fund A, Ltd. | Check Register - 01/01/01 - 05/31/01. |
| 8 | IDT Fund B, Ltd. | General Ledger - 01/01/00 - 12/31/00. |
| 9 | IDT Fund B, Ltd. | General Ledger - 01/01/01 - 12/31/01. |
| 10 | IDT Fund B, Ltd. | Check Register - 01/01/00 - 12/31/00. |
| 11 | IDT Fund C, Ltd. | General Ledger - 01/01/00 - 12/31/00. |
| 12 | IDT Fund C, Ltd. | General Ledger - 01/01/01 - 12/31/01. |
| 13 | IDT Fund C, Ltd. | Check Register - 01/01/00 - 12/31/00. |
| 14 | IDT Fund C, Ltd. | Check Register - 01/01/01 - 04/11/01. |
| 15 | IDT Venture Group, Inc. | General Ledger - 03/01/00 - 02/28/01. |
| 16 | IDT Venture Group, Inc. | Check Register - 03/12/01- 04/11/01. |
| 17 | Fund Management, LLC | General Ledger - 01/01/01 - 12/31/01. |
| 18 | Fund Management, LLC | Check Register - 01/25/01 - 06/30/01. |
| 19 | Millennium IDT Fund, Ltd. | General Ledger - 01/01/01 - 12/31/01. |
| 20 | Millennium IDT Fund, Ltd. | Check Register - 01/19/01 - 03/14/01. |
| **Pleadings** | | |
| 21 | Complaint For Injunctive And Other Relief filed February 19, 2004. | |
| 22 | Judgment Of Permanent Injunction And Other Relief Against Defendant Darren Silverman filed May 7, 2004. | |
| 23 | Judgment Of Permanent Injunction And Other Relief Against Defendant Matthew Brenner filed May 7, 2004. | |

Exhibit C

**Securities & Exchange Commission, Plaintiff v. Darren Silverman and Matthew Brenner, Defendants.**
**CASE NO. 04-80153-CIV-COHN/SNOW**

**United States District Court**
**Southern District of Florida**

## Additional Documents Utilized

| Organizational Documents | |
|---|---|
| **24** | Articles of Merger of IDT Fund, Ltd., IDT Fund B, Ltd., IDT Fund C, Ltd., IDT Group, Inc. and The Millennium IDT Fund, Ltd. filed with the Florida Department of Corporations on April 24, 2001. |
| **25** | IDT Group, Inc. Confidential Documentation Regarding Merger Plan Dated: March 2001. |
| **26** | Articles of Organization For Florida Limited Liability Company, Sean, LLC filed with the Florida Department of Corporations on October 12, 2000. |
| **27** | 2001 Uniform Business Report - Sean, LLC - filed with the Florida Department of Corporations on February 15, 2001. |
| **28** | Articles of Organization For Florida Limited Liability Company - Fund Management, LLC - filed with the Florida Department of Corporations on January 5, 2001. |
| **29** | Confidential Private Placement Memorandum , IDT Fund B, Ltd. dated January 15, 2000. |
| **30** | Confidential Private Placement Memorandum , IDT Group, Inc. dated May 1, 2001. |

**SEE AFFIDAVIT OF PROOF DATED JUNE 23, 2008**

**SONEET R. KAPILA, CPA*, CIRA, CFE**
**skapila@kapilaco.com**

Soneet R. Kapila is the founding partner of Kapila & Company. After several years experience with KPMG Peat Marwick and a regional accounting firm, he formed Kapila & Company, which has concentrated its efforts for many years in the areas of consulting and representing bankruptcy debtors, creditor bodies and trustees.

## Professional Experience

Mr. Kapila's practice is concentrated in the area of creditors' rights, bankruptcy, and financial transactions litigation. He represents both creditors and debtors in and out of bankruptcy court, and has considerable expertise representing secured creditors. He also regularly advises clients about the insolvency implications involved in business transactions.

Mr. Kapila has served as Bankruptcy Trustee, Examiner, Corporate Monitor (S.E.C. appointment) and State Court Receiver in numerous matters in the Southern and Middle Districts of Florida. He has advised and represented debtors and creditors' committees in formulating, analyzing and negotiating plans of reorganization. Mr. Kapila is a recognized expert in fraudulent conveyance and insolvency issues. He has provided expert testimony and extensive litigation support services to law firms involving complex insolvency issues. Mr. Kapila is a sitting trustee on the panel of U.S. Bankruptcy Trustees in the Southern District of Florida.

Mr. Kapila has conducted numerous forensic and fraud investigations, and has worked in conjunction with the S.E.C., the Federal Bureau of Investigation and the United States Attorney's Office.

Mr. Kapila has served both as a consultant and expert witness for litigation matters in State and Federal Courts. He has worked on behalf of plaintiffs and defendants in commercial lawsuits regarding bankruptcy/creditor's rights issues, construction damages, securities fraud, patent infringement, lost profits and business valuations.

Mr. Kapila has also provided a wide variety of tax services to clients throughout his career. Consulting with and offering tax planning strategies and ideas to bankruptcy trustees is also a significant part of Mr. Kapila's responsibilities.

* Regulated by the State of Florida.

Mr. Kapila has spoken to various groups including the New York Law School, St. Thomas University Law School, National Conference of Bankruptcy Judges, Receiver's Forum, Association of Insolvency and Restructuring Advisors, Florida Institute of Certified Public Accountants, National Business Institute, and the American Bankruptcy Institute on topics related to insolvency, under-performing businesses and insolvency taxation.

## Accomplishments

- Bronze Award/Medal – 3rd highest score, 1996 examination of the Association of Insolvency & Restructuring Advisors
- Published article - Hidden Resources in a Small Business

## Education/Qualifications

- Masters of Business Administration, Cranfield School of Management Studies, England
- Certified Public Accountant – Florida
- Certified Insolvency & Restructuring Advisor
- Certified Fraud Examiner
- Institute of Chartered Accountants in England and Wales

## Professional Affiliations

- Florida Institute of Certified Public Accountants
- American Institute of Certified Public Accountants
- Association of Insolvency & Restructuring Advisors
- Association of Certified Fraud Examiners
- American Bankruptcy Institute
- National Association of Bankruptcy Trustees

## Volunteer Activities (Past and Present)

- Chairman (past-President) of the Association of Insolvency & Restructuring Advisors
- Lecturer to various groups on insolvency and litigation related topics, including insolvency taxation
- Member of the Grievances Committee of The Florida Bar
- Member of the American Arbitration Association's Panel of Arbitrators
- Member of the Board of Directors, Hialeah-Miami Springs-Northwest Dade Chamber of Commerce
- Chairman - Litigation Support Services Committee of the National Training and Experience Sharing Program of The American Group of CPA Firms
- Practice Review Committee – FICPA
- Bankers Cooperation Committee – Connecticut Society of CPAs

# SONEET R. KAPILA
## SPEAKING ENGAGEMENTS

| Institution | Subject |
|---|---|
| American Bankruptcy Institute | Caribbean Insolvency Symposium<br>The Bankruptcy Abuse Prevention & Consumer Protection Act of 2005 - Increased Need for Financial Planning Prior to Filing |
| American Bankruptcy Institute | Consumer Taxation in Bankruptcy - A Primer on the Issues |
| American Bankruptcy Institute | 12th Annual Southeast Bankruptcy Workshop<br>Scams & Schemes - Fraud in the Marketplace |
| American Bar Association | Accounting Not For Dummies: Distressed Loans and the Number$ |
| American Bar Association | The Shallows of Deepening Insolvency |
| Association of Insolvency & Restructuring Advisors | Bankruptcy Taxation Seminar |
| Association of Insolvency & Restructuring Advisors | Bankruptcy Taxation & Taxation of Liquidating Trusts Seminar |
| Association of Insolvency & Restructuring Advisors | Cash Collateral - Pitfalls, Failure to Comply & Damage Analysis |
| Association of Insolvency & Restructuring Advisors | Emerging Role of an Examiner: Value Added? |
| Bank of America | Do You Know Where Your Cash Collateral Is? |
| CPA Law Forum | The Accountant's Role In Bankruptcy |
| Department of Justice - U.S. Trustee's Office | Trustee Training Program |
| FICPA - Litigation Conference | Asset Recovery in Bankruptcy |
| FICPA - Valuation & Litigation Services Section | The ABC's of Bankruptcy for Accountants |
| Florida Bankruptcy Bar - Southern District of Florida | Healthcare Insolvencies: Current Issues |
| National Business Institute | Advanced Bankruptcy Law in Florida |
| National Conference of Bankruptcy Judges | It's 7:00 a.m. - Do You Know Where Your Cash Collateral Is? |
| New York Law School | Accounting Issues Of Fraudulent Transfers |
| Palm Beach Bar Association | Bankruptcy From The Trustee's Perspective |
| Receiver's Forum | Asset Tracing and Ponzi Schemes |
| S. Florida Chapter, Certified Fraud Examiners | Identifying Bankruptcy Fraud |

## SONEET R. KAPILA
## SPEAKING ENGAGEMENTS

| Institution | Subject |
|---|---|
| St. Thomas University Law School | Trustee's Perspective on Bankruptcy Issues |
| Stetson College of Law | 5th International Bankruptcy Symposium<br>Navigating Cross-Border Landmines - Asset Investigation & Recovery, Regulatory Requirements & Sarbanes-Oxley |
| University of Miami, School of Law and The Bankruptcy Bar Association of the Southern District of Florida | 15th Annual Bankruptcy Skills Workshop<br>The Bankruptcy Abuse Prevention & Consumer Protection Act of 2005 |
| U.S. Department of Justice - Panel Trustees | Bankruptcy Trustee Training - IRS Claims |
| U.S. Department of Justice - Panel Trustees | Bankruptcy Taxation |

## Case Experience - Soneet R. Kapila
## 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| ABC Cellular Services, Inc. | | Examiner | X | Wireless communication business | Phillip M. Hudson, III, Esq.<br>Arnstein & Lehr, LLP |
| APL Corporation | 1993 | Expert witness - conduct of business. Accountant/ Financial Advisor to Committee of Unsecured Creditors | T | Manufacturing | Steve Busey, Esq.<br>Smith, Hulsey, Busey |
| A.R.E. & Overseas, Inc. | 1993 | Chapter 11 Trustee | | Aviation services | David Levine, Esq.<br>Tew Cardenas |
| Abel & Seiden vs. Keitel vs. Nutter | 1999 | Expert witness - calculation of damages - lost profits | T | Fast food franchise | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| Advanced Telecommunication Network, Inc. v Daniel W. Allen and David D. Allen | 2004 | Expert witness - solvency | D, T | Telecommunications | Phillip M. Hudson, III, Esq.<br>Arnstein & Lehr, LLP |
| Alternative Services, Inc. | 1994 | Chapter 11 Trustee | | Developmentally disabled group homes | Paul Battista, Esq.<br>Genovese, Joblove & Battista |
| American Fiber Optics | 1995 | Accountants for Trustee - Proof of Insolvency/ Preference and Fraudulent Transfer Analysis | | Fiber optics | Robert Furr, Esq.<br>Furr and Cohen, P.A. |
| American Way Services Corp. | 1997 | Expert witness - insolvency | T | Credit life insurance | Herbert Stettin, Esq.<br>Herbert Stettin, P.A.<br>Paul Battista, Esq.<br>Genovese, Joblove & Battista |
| Americare Retirement Facilities for Beal Bank | 1997 | Financial analysis, plan feasibility, character of income (Judge James D. Gregg) | T | Health care/ALF | James Paul, Esq.<br>Haley, Sinagra, Paul & Toland |
| Amoco Oil Company | 1997 | Expert - investigate conduct of corporate management and business, preferences and fraudulent transfers, profitability of business | D/T | Gas stations & franchise | Ron Peterson, Esq.<br>Jenner & Block |
| Atlas Environmental, Inc. | 1998 | Chapter 11 Trustee | | Waste management | Craig Rasile, Esq.<br>Holland & Knight<br>Steven B. Soll, Esq.<br>Otterbourg, Steindler, Houston & Rosen |
| Banco Latino International | 1994 | Accountant/Financial Advisor to Committee of Unsecured Creditors | | Banking | John Genovese, Esq.<br>Genovese, Joblove & Battista |
| Bankest Capital Corporation | 2004 | Chapter 7 Trustee | D/T | Factoring | Kenneth Robinson, Esq.<br>Rice Pugatch Robinson & Schiller |
| Barfield vs. Burns | 1997 | Expert witness - contractual dispute/damages | D/T | Real estate | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| Belvedere Construction Company | 1992 | Chapter 11 Trustee | | Construction | David Profilet, Esq.<br>Profilet & Associates |
| Bobby Allison, Inc.<br>Bobby Allison Wireless Corp., Inc. | 2003 | Chapter 11/7 Trustee | | Wireless retail stores | Arthur J. Spector, Esq.<br>Berger & Singerman |
| Broward County Archeological Society | 2004 | Chapter 11/7 Trustee | | Museum | Michael R. Bakst, Esq.<br>Elk, Bankier, Christu & Bakst |
| CAC Aggregates vs. Comyns | 2000 | Expert - lost opportunity damages | D/T | Quarry | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| Calumet/Bayshore Apartments | 1995 | State Court Receiver | | Hospitality<br>Condominium hotel | Patrick Scott, Esq.<br>Patrick Scott & Associates |
| Calvert Property/Key Largo Limited Partnership | 1996 | Expert witness - feasibility of Plan of Reorganization | D/T | Hospitality | Patricia Redmond, Esq.<br>Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Carpet - Tile Outlet | 1996 | State Court Receiver | | Floor covering | Patrick Scott, Esq.<br>Patrick Scott & Associates |
| Cascade International, Inc., et al., Kenneth A. Welt, Trustee v. Gunster, Yoakley & Stewart | 1995 | Expert witness - valuation of business and insolvency. | D | Retail | Dennis Waggoner, Esq.<br>Hill, Ward & Henderson |

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner
Updated: 6/23/2008

## Case Experience - Soneet R. Kapila
## 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Calves vs. Lennar Homes, et al. | 2001 | Damages from accident/lost profits | D/T | Construction - ground work | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| Cash Today USA, Inc. | 2005 | Expert witness - Ponzi/advance pay fraud | T | Advance pay scheme | Jeffrey Kay, AUSA<br>U.S. Attorney's Office |
| Caulkins Indiantown Citrus Company | 1999 | Expert witness - calculation of damages - lost profits | D/T | Orange groves | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| Central Cellular Services, Inc. | 1997 | Examiner<br>Investigate conduct of business and management | X | Wireless telecommunications | Jose Loredo, Esq.<br>Carlton Fields |
| Cheryl's Day Care Center, Inc. | 1995 | Chapter 11 Trustee | | Day care | Paul Battista, Esq.<br>Genovese, Joblove & Battista |
| Clybon Corporation | 1993 | State Court Receiver | | Real estate | Patrick Scott, Esq.<br>Patrick Scott & Associates |
| Columbia Healthcare Partners, I-A, L.P.<br>Valley View Nursing Home | 1996 | Expert witness conduct of Debtor's management, financial analysis, insider transactions<br>(Judge Paine, Middle District of Tennessee) | T | Health care<br>Nursing home | Peyton Inge<br>Amresco Management, Inc.<br>James Kelley, Esq.<br>Neal & Harwell |
| Comcoa, Ltd. | 1995 | Accountants to the SEC Receiver<br>Securities fraud/asset investigation | | Wireless telecommunications | David Levine, Esq.<br>Tew Cardenas |
| Community Environment, Inc. | 1997 | Examiner<br>Investigate conduct of business and management | X | Developmentally disabled group homes | Allison Maggiolo, Esq.<br>Wyatt, Tarrant & Combs |
| Consolidated Yacht Corporation | 2004 | Evaluation of settlement | | Yachts/boating | Jerry M. Markowitz, Esq.<br>Markowitz, Davis, Ringel & Trusty, P.A. |
| Continuum Care Corporation | 2005 | Chapter 11 Trustee | | Healthcare | Scott L. Baena, Esq.<br>Bilzin Sumberg Baena Price & Axelrod |
| County Collection Services, Inc. | 1996 | State Court Receiver | | Collection | Craig Eller, Esq.<br>Gunster, Yoakley, Valdes-Fauli & Stewart |
| Soneet R. Kapila, as Trustee, Charles R. Covino and Dorothy J. Covino, Debtors | 1995 | Expert witness - proof of insolvency | T | | Michael Bakst, Esq.<br>Elk, Banker, Christu & Bakst |
| Data Lease | 1992 | Chapter 7 Trustee | D | Holding company | David Profilet, Esq.<br>Profilet & Associates |
| Marion Davidson vs. Ortho-McNeil Pharmaceutical, Inc. | 2006 | Expert - damages/valuation | D | | Todd Falzone, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| Dedicated Resources, Inc.<br>Dedicated Trustees, Inc. | 2002 | Examiner | X | Viaticals | Chad Pugatch, Esq.<br>Rice Pugatch Robinson & Schiller |
| Denison Marine, Inc. | 1993 | Examiner; testified regarding conduct of business | X | Marine/boat builder | Chad Pugatch, Esq.<br>Rice Pugatch Robinson & Schiller |
| Design Guild, Inv. Vs. Ashoka Enterprises, et al. | 1987 | Expert witness - contractual dispute | T | Design | |
| Dolphin Shoe | 1995 | Consulting to assist in formulating business plan | | Soft goods | Rudolfo Pittaluga, Esq.<br>Akerman, Senterfitt & Edison |
| Domino Investments, Inc. | 1985 | Accountants for Trustee/Expert - preferences, fraudulent transfers, tax matters, insolvency proof | D/T | | Patrick Scott, Esq.<br>Patrick Scott & Associates |
| Alberto Duque & Domino Investments, Inc. | 1986 | Special Accountants to the Bankruptcy Trustee<br>Expert - proof of insolvency | D/T | | Patrick Scott, Esq.<br>Patrick Scott & Associates |
| Eagle Building Technologies/<br>Fleming Manufacturing, Inc. | 2005 | Examiner | X | Heavy machinery for the manufacture of concrete masonry products | |
| Empire Tile & Marble | 2002 | Chapter 11 Trustee | | Floor covering | Jerry Markowitz, Esq.<br>Markowitz, Davis & Ringel, P.A. |
| Excalibur, Inc. | 1994 | Chapter 11 Trustee | | Marine | David Levine, Esq.<br>Tew Cardenas |

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner
Updated: 6/23/2008

## Case Experience - Soneet R. Kapila
## 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Femri International | 1995 | Consulting to assist in formulating business plan | | Catering equipment | Patricia Redmond, Esq.<br>Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| Financial Federated Title & Trust, Inc., a/k/a Asset Security Corp., a/k/a Viatical Asset Recovery Corp., a/k/a Quad B Ltd., a/k/a American Benefits Services, Inc.<br>Various adversaries | 1999<br>2001 | Accountants for Trustee - preferences, fraudulent transfers, insolvency proof | D/T | Viaticals/ponzi | John W. Kozyak, Trustee<br>Kozyak, Tropin & Throckmorton |
| First American Bank v.<br>Marvin and Marian Penalba | 1994 | Expert for bank - business valuation | T | | Julianne R. Frank, Esq.<br>Julianne R. Frank, P.A. |
| First American Railway, Morris Berger, Trustee<br>Berger vs. Adorno Zeder | 2001 | Expert - business valuation | D | Tourism/railway | Kenneth Robinson, Esq.<br>Rice Pugatch Robinson & Schiller |
| Anne C. Friedman, Debtor | 2001 | Expert - compute lost income of trust from erosion of corpus | T | | Daniel Bakst, Esq.<br>Adorno & Yoss |
| G-Site Associates | 1996 | Accountant/financial advisor to Committee of Unsecured Creditors. Expert testimony - insolvency, funds tracing. Post-confirmation President to implement Plan. | D | Real estate construction | Alan Krinzman, Esq.<br>Adorno & Yoss |
| Gateway Investments Corporation | 1992 | Chapter 11 trustee | T | Real estate rental | John Genovese, Esq.<br>Genovese, Joblove & Battista |
| General Coffee Corporation a/k/a<br>Chase & Sanborn Corporation | 1985 | Accountants for Trustee - preferences, fraudulent transfers, tax matters, insolvency proof | D/T | Coffee importer/distributor | Scott Baena, Esq.<br>Bilzin Sumberg Baena Price & Axelrod |
| Joan Grande/Hose McCann | 2003 | Business valuation | D/T | Divorce | Henry B. Handler, Esq.<br>Weiss & Handler, P.A. |
| Graphic Dynamics, Inc. | 1993 | Accountants to the Bankruptcy Trustee | | Printing | Kenneth Welt<br>Kenneth Welt, Trustee |
| Soneet R. Kapila, Trustee in Bankruptcy for Stephen B. Gray and Kathleen D. Gray v. Stephen B. Gray, Kathleen D. Gray and Odis McKinney | 1996 | Chapter 7 Trustee; expert witness - insolvency analysis, valuation | T | | Michael Bakst, Esq.<br>Elk, Banker, Christu & Bakst |
| Great American Farms & Interamerican Farms, LC v. Proyecto 7 S.A., Milford International, Luis Ortega Flores and Jorge Ortega Flores | 11/99 | Expert witness - lost profits damages | D/T | Farm | Andy Hellinger, Esq.<br>Mishan, Sloto, Greenberg & Hellinger |
| Greenwich Insurance Services, Inc. | 1990 | State Court Receiver | | Insurance agency | John Genovese, Esq.<br>Genovese, Joblove & Battista |
| Guiseppe America, Inc. v. Jan Bell Marketing | 1999 | Expert witness - lost profits damages from breach of contract | D/T | | Jeffrey D. Feldman, Esq.<br>Feldman, Gale & Weber |
| Halpern et al. v. Retirement Builders | 1985 | Expert witness - contractual damages | D | Real estate | |
| Haulover Resort Marina | 1995 | Chapter 11 Trustee | | Marina | David Levine, Esq.<br>Tew Cardenas |
| BT/SAP Pool C Associates L.P. v.<br>High Point General Partnership et al. | 1996 | State Court Receiver | | Health care/substance and alcohol abuse facility | Peter Levitt, Esq.<br>Gunster, Yoakley, Valdes-Fauli & Stewart |
| Home & Housing of Dade, Inc. | 1994 | Chapter 11 Trustee | T | Low income housing | Paul Battista, Esq.<br>Genovese, Joblove & Battista |
| Hussh, Inc. | 1992 | Expert testimony - preference and fraudulent conveyance law suits | T | | Martin Sandler, Esq.<br>Sandler & Sandler |
| International Air Leases, Inc. | 1996 | Exposure analysis; fraudulent transfers and preference recoveries; expert - insolvency | D | Aviation | Scott Baena, Esq.<br>Bilzin Sumberg Baena Price & Axelrod |
| International Capital Management | 1998 | Accountant to SEC Receiver; funds tracing/co-mingling | P/T | Ponzi/securities fraud/ foreign exchange currency | Craig Rasile, Esq.<br>Holland & Knight |
| International Capital Management v.<br>Jose Santiago/MBA | 1998 | Expert ponzi scheme and insolvency | D | Ponzi/securities fraud/ foreign exchange currency | Craig Rasile, Esq.<br>Holland & Knight |
| International Management Associates | 2001 | Expert - insolvency | T | | Michael Bakst, Esq.<br>Elk, Banker, Christu & Bakst |

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner
Updated: 6/23/2008

**Case Experience - Soneet R. Kapila**
**1985 to Present**

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Isil v. Gardens Anesthesiology, P.A., et al. | 1993 | Expert testimony - valuation | T | Health care | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| C. Itoh v. Nordberg, Chase & Sanborn | 1995 | Fact witness | D | Coffee importer | |
| Joran Realty NY Corp. | 2006 | Chapter 11 Examiner | X | | Brian Behar, Esq.<br>Behar, Gutt & Glazer |
| Junction Financial Corporation/ U.S. Ostrich Corporation | 1994 | Chapter 11 Trustee | | Securities fraud | David Levine, Esq.<br>Tew Cardenas |
| Kaplan International, Inc. | 1995 | State Court Receiver | | Meat purveyor | Marte Singerman, Esq.<br>Tabas, Singerman & Freedman |
| Keitel v. Wendy's International, Inc. | 1997 | Expert witness - damages | E/D | Fast food franchise | Jack Scarola, Esq.<br>Searcy, Denney, Scarola, Barnhart & Shipley |
| King No. 16, et al. | 1992 | Examiner; testified regarding business conduct | X/T | Fast food franchise | Scott Baena, Esq.<br>Bilzin Sumberg Baena Price & Axelrod |
| Kleinman Trust v. Howard Rosenberg | 2001 | Expert - partnership allocations | D/T | Real estate | Kenneth R. Hartmann, Esq.<br>Kozyak, Tropin & Throckmorton |
| Krypton Broadcasting Corporation | 1993 | Examiner, disbursing agent | X | Broadcast communications | Jerry Markowitz, Esq.<br>Markowitz, Davis & Ringel, P.A. |
| L. Luria & Son, Inc. v. Citizens Watch of America, Inc. | 1999 | Expert witness - insolvency analysis | | Jewelry/general merchandise | Michael D. Seese, Esq.<br>Kluger, Peretz, Kaplan & Berlin, P.A. |
| L. Luria & Son, Inc. v. Ilia Lekach | 1998 | Expert witness - insolvency analysis<br>Testified at deposition, insolvency expert, ordinary course analysis | E/D | Jewelry/general merchandise | David P. Lemoi, Esq.<br>Genovese, Joblove & Battista |
| L. Luria & Son, Inc. v. M. Fabrikant & Sons, Inc. | 1999 | Expert witness - insolvency analysis | | Jewelry/general merchandise | Michael D. Seese, Esq.<br>Kluger, Peretz, Kaplan & Berlin, P.A. |
| L. Luria & Son, Inc. v Tepito Electronics, Inc. | 1998 | Expert witness - ordinary course, new value defense analysis | | Electronics | David P. Lemoi, Esq.<br>Genovese, Joblove & Battista |
| LaSalle Bank National Association v. Martin Epstein | 2001 | Expert witness - damages | D | Lending | William Zeena, Jr., Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP |
| Neil & Gail Levin/Harry & Marian Epstein v. Commissioner of Internal Revenue | | Expert witness | T | | |
| Liberty Property Limited Partnership v. The Panda Project, Delta Capital Services, Hewlett-Packard Company, Ikon Office Solutions and Helix (PEI, Inc.) | 1999 | Expert witness - solvency analysis | D | Commercial property | Jeff R. Mazor<br>J.R. Mazor & Associates |
| The Loxcreen Company, Inc. v. Designed Windows, Inc. | 1996 | Expert testimony - lost profits damages | T | Manufacturers | Michael Bakst, Esq.<br>Elk, Banker, Christu & Bakst |
| MHP Group One, L.C. | 2003 | Chapter 11 Trustee | | Mobile home park | Alan J. Perlman, Esq.<br>Fowler, White, Burnett, Hurley, Banick & Strickroot |
| Dipnarine Maharaj, M.D. v. Tenet Healthcare | 2004 | Expert - damages breach of contract | D, T | Health care | Martin B. Goldberg, Esq.<br>Lash & Goldberg |
| Robert C. Malt & Co. | 1996 | Examiner - construction bankruptcy matters | X | Construction | Robert Furr, Esq.<br>Furr and Cohen, P.A. |
| Marbledge Group, Inc. | 1996 | Examiner - conduct of business | X | Marble/construction | Paul Battista, Esq.<br>Genovese, Joblove & Battista |
| Med/Waste, Inc. | 2002 | Receiver | | Medical waste management | Arthur Rice, Esq.<br>Rice Pugatch Robinson & Schiller |

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner
Updated: 6/23/2008

## Case Experience - Soneet R. Kapila
## 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Metropolitan Life Insurance Company | | Expert - tracing of funds & lender liability | | Insurance Company | John Hart, Esq.<br>Carlton Fields<br>Max Kunin, Esq.<br>Metropolitan Life Insurance Company<br>Robert Goldstein, Esq.<br>Metropolitan Life Insurance Company |
| Michigan National Bank | 1997 | Debt discharge reporting by financial entity | T | Tax | Patrick Barry, Esq.<br>Stearns, Weaver, Miller,<br>Weissler, Alhadeff & Sitterson |
| Ron Morris | 1996 | Chapter 11 Trustee | T | | Robert Furr, Esq.<br>Furr and Cohen, P.A. |
| National Fisheries | 2002 | Assignee - assignment for benefit of creditors | | Seafood processing/distributor | Jerry Markowitz, Esq.<br>Markowitz, Davis & Ringel, P.A. |
| National Store Fixture & Display Co. v.<br>J.R. Wire & Metal Specialty, Ltd. | 2001 | Expert - new value/ordinary course | D | | Chad P. Pugatch, Esq.<br>Chad P. Pugatch, P.A. |
| 19th Hole Discount Golf, Inc. | 1997 | Expert - Business valuation | T | Retail | Robert Furr, Esq.<br>Furr and Cohen, P.A. |
| Naturally Beautiful Nails, Inc. v.<br>Wal-Mart Stores, Inc., d/b/a Sam's Club | 2001 | Expert - damages - lost profits/valuation | D/T | Retail | Roberta A. Colton, Esq.<br>Trenam Kemker |
| Nuevo Mundo Holding - Aldo Fernando Kahan Novoa & Gustavo Kahan Novoa v.<br>Safra National Bank of New York | 2003 | Expert - solvency/insolvency analysis | D | | Stuart S. Mermelstein, Esq.<br>Herman & Mermelstein |
| Orvis vs. Caulkins | 2001 | Lost compensatory damages<br>Expert - wrongful termination of employment | D/T | N/A | Jack Scarola, Esq.<br>Searcy, Denney, Scarola,<br>Barnhart & Shipley |
| Pacific Airline Support Corporation | 1996 | Examiner - conduct of business | X | Aviation | Chad Pugatch, Esq.I201<br>Chad P. Pugatch, P.A. |
| Pan American Hospital Corporation | 2005 | Chapter 11 Examiner | X | Hospital/health care | Drew Dillworth, Esq.<br>Stearns, Weaver, Miller, Weissler,<br>Alhadeff & Sitterson, P.A. |
| Piccadilly Cafeterias, Inc. n/k/a<br>Capital City Cornichon Corp. | 2004 | Chapter 11 Plan Administrator | | Restaurant | Leslie Gern Cloyd, Esq.<br>Berger Singerman |
| Planet Hollywood International, Inc. | 2002 | Examiner - investigate tort liability and insider transactions | X | Celebrity theme restaurants | Denise D. Dell, Esq.<br>Akerman, Senterfitt & Edison, P.A. |
| Prime Capital Corporation | 1996 | Chapter 7 Trustee - Expert - insolvency and Ponzi<br>Chapter 7 Trustee | D | Accounts receivable/<br>Factoring business/Ponzi | Scott Baena, Esq.<br>Bilzin Sumberg Baena Price & Axelrod<br>Patricia Redmond, Esq.<br>Stearns, Weaver, Miller, Weissler,<br>Alhadeff & Sitterson |
| Princeton Dental Management & Subsidiaries | 2001 | Chapter 11 Trustee | | Dental practices | Roberta A. Colton, Esq.<br>Trenam Kemker |
| Purity, Inc. of Florida | | Examiner | X | Processor & distributor of condiments | |
| Raben-Pastal v. Peat, Marwick, Mitchell & Co. | 1986 | Special master report | | Accounting | |
| Ready State Bank | 1995 | Expert - defense of alleged fraudulent transfers/new value analysis | | Automotive | Arthur Rice, Esq.<br>Rice Pugatch Robinson & Schiller<br>David Levine, Esq.<br>Tew Cardenas |
| Rudges v. Rudges | 1988 | Expert witness - corporate valuation | D | | |
| S & K Air Power, Inc. | 1994 | Examiner - conduct of business | X | Commercial equipment | Robert Fracasso, Esq.<br>Shutts & Bowen |
| Securities and Exchange Commission v.<br>A.B. Financing & Investment, Inc. | 2003 | Expert | | | Robert K. Levenson, Esq.<br>Securities & Exchange Commission |

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

## Case Experience - Soneet R. Kapila
## 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Securities and Exchange Commission v. Carol C. Martino and CMA Noel, Ltd., et al. | 2003 | Receiver | | | John Nowak, Esq. Securities & Exchange Commission |
| Securities and Exchange Commission v. Edward S. Digges, Jr., Nexstar Communications, LLC, TMT Equipment Company, LLC, TMT Management Group, LLC, Posa, LLC, Posa TMT, LLC; Televest Communications, LLC, Televest Group, LLC and Spin Drift, LLC | 2006 | Expert/Forensic Accountant - asset tracing - contempt hearing | D/T | | James D. Silver, Receiver Carlton Fields, P.A. |
| Securities and Exchange Commission v. Medco, Inc. and Mark R. Blacher, Defendants and The Hi Lily Company and National Health Services Inc., Relief Defendants | 1997 | Accountant for SEC Receiver - securities fraud. Expert witness for SEC Receiver as to the tracing of funds & assets. | | Securities fraud/Ponzi | David Levine, Esq. Tew Cardenas |
| Securities and Exchange Commission v. Tel-One, Inc., et al. | 2002 | Claims Administrator | | | Ivan Harris, Esq. & Kerry Zinn, Esq. Securities & Exchange Commission |
| Securities and Exchange Commission v. Transamerica Wireless Systems, Inc., Intercontinental Telecommunications Corporation and Danny Sterk | 1994 | Accountant for SEC Receiver - securities fraud. Expert witness for SEC Receiver as to the tracing of funds & assets. | T | Securities fraud Wireless communications | David Levine, Esq. Tew Cardenas |
| Irving J. Sherman Revocable Trust v. Prime Hospitality Corp. | | Expert witness - percentage rent on lease | T | Hospitality | Cynthia Carson Jackson, Esq. Smith, Hulsey & Busey |
| Shubitz & Rosenbloom, P.A. | 1999 | Examiner - investigate conduct of specific transactions - report | X | Certified public accountants | Jeff Kucera, Esq. Kirkpatrick & Lockhart, LLP |
| Smith International Enterprises, Inc. | 2002 | Examiner - investigate conduct of the acquiring corporation | X | Printing | Peter N. Hill, Esq. Wolff, Hill, McFarlin & Herron |
| Softouch | 1995 | Disbursing Agent/Special Accountant to the Debtor | | Apparel | Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| South Andrews Realty Association, Inc. | 1991 | Examiner | X | Real estate | David Profilet, Esq. Profilet & Associates |
| South Stevedoring, Inc. | 2004 | Chapter 11/7 Trustee | | Stevedoring/freight | James H. Fierberg, Esq. Berger Singerman |
| Southeast Banking Corporation | 1998 | Accountants & financial consultants to Chapter 7 Trustee | | Banking | Jeffrey Beck, Chapter 7 Trustee |
| Southern Gun & Tackle, Inc. | 1990 | Expert witness - business conduct and corporate transactions. Accountant/Financial Advisor to Committee of Unsecured Creditors | D | Sporting goods distributor | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| SouthTrust Bank - A-1 Specialty Gasolines, Inc. | 2000 | Expert witness - erosion of cash collateral | T | Gas station | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| Spear & Jackson, Inc. | 2004 | Corporate Monitor - appointed by Federal District Court and Securities and Exchange Commission | | Hand, garden, agricultural, horticultural & engineering tools for the professional & handyman use | Robert Levenson, Esq. Securities & Exchange Commission |
| Stock Electronics v. Viatech Industries, LLC | 2002 | Expert - business valuation - fraudulent transfer under State Statute | D | | Edward J. Jennings, Esq. Jennings, Valancy & Edwards |
| Suncruz Casinos, LLC, JAB America, Inc. | 2002 | Expert - computation of distributable earnings under Joint Venture Agreement | D | Cruise casino | Patrick Scott, Esq. Patrick Scott & Associates |
| Supra Telecommunications & Information Systems, Inc. v. BellSouth Telecommunications - Mara | 2003 | Expert - financial reporting | D | Telecommunications | Paul S.Singerman, Esq. Berger & Singerman |
| Supra Telecommunications & Information Systems, Inc. v. BellSouth Telecommunications - Bkc | 2004 | Expert - conduct of business and management | D | Telecommunications | Paul S.Singerman, Esq. Berger & Singerman |
| Systems of Excellence | 1997 | Chapter 7 Trustee | | Video teleconference/ securities fraud | Rudolfo Pittaluga, Esq. Akerman, Senterfitt & Edison |
| T/F Systems, Inc. v. Southeast Capital Financing, Inc., Fu Sheng Industrial Co., Ltd., Purifiner Distribution Corporation | 1994 | Expert witness regarding lost profits/damages from patent and license rights infringement. | T | | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner

## Case Experience - Soneet R. Kapila
## 1985 to Present

| Case Name | Approximate Date | Role/Testimony | Deposition / Trial / Other | Industry | Attorney / Contact Firm Name |
|---|---|---|---|---|---|
| Ticofrut, S.A. v. E.I. Du Pont de Nemours & Company, Inc. | 2003 | Damages expert regarding lost profits | D, T | Citrus | Janet Humphreys, Esq. Kozyak, Tropin & Throckmorton, P.A. |
| Topp, Inc. v. Uniden American Coropration | 2006 | Damages expert - lost profits | D, T | Communications equipment | Stanley H. Wakshlag, Esq. Kenny Nachwalter, P.A. |
| Tradecom, Inc. | 1991 | Examiner - business conduct. | X | Commodities broker | Scott Baena, Esq. Bilzin Sumberg Baena Price & Axelrod |
| Transamerica Wireless Systems, Inc./ Intercontinental Telecommunications Co. | 1994 | Accountants to the SEC Receiver - securities fraud | | Securities fraud | David Levine, Esq. Tew Cardenas |
| Triad v. Southwest Direct | 2001 | Expert - ordinary course and new value analysis | | | Jack Shawdee Steel, Hector & Davis |
| Tsunami of Palm Beach, LLC | 2005 | Expert - business trend | D | Restaurant | Thomas Messana, Esq. Ruden McClosky Smith, Schuster & Russell, P.A. |
| USA Airmobile, Inc. and Michael Kurtgis v. Haverfield Corp. & Scott Yenzer | 1995 | Expert - patent infringement damages | | | Patrick Barry Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson, P.A. |
| Wachovia Bank of Florida for Continuum Care Corporation | 2004 | Expert | | Bank fraud | Stephen C. Coates, Esq. Wachovia Bank |
| Wachovia Bank of Florida for Lover's Key Development | 1994 | Expert for secured lender. Consultants - feasibility and workouts | E | Hospitality | Irene Marshall Wachovia Bank |
| Wachovia Bank of Florida for National Recovery Institute Group | 1997 | Expert - conduct of business and management, ability to restructure; management compensation | T | Alcohol & substances abuse recovery/health care | Hal Moorefield, Esq. Stearns, Weaver, Miller, Weissler, Alhadeff & Sitterson |
| John Wagstaff-Callahan v. Northern Trust Investment, Inc., et al. | 2002 | Expert - wrongful dismissal, lost earnings | D | | Jack Scarola, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Thomas Aloysius Warmus | 1995 | Accountant/Financial Advisor to Committee of Unsecured Creditors | T | | David Profilet, Esq. Profilet & Associates |
| Thomas Aloysius Warmus Richard Langhorne, Liquidating Trustee | 1997 | Expert witness in adversarial proceedings - insolvency (Judge Francis G. Conrad) | T | | James Leshaw, Esq. Greenberg, Traurig |
| Wayne Blackwell & Co., Inc. | 1996 | Expert testimony Viability of business and ability to rehabilitate | T | Environment Asbestos abatement | Wayne Blackwell Wayne Blackwell & Co., Inc. |
| Weinberg Tubbs & Company, CPAs | 1993 | Examiner | X | Accounting firm | Jack Weins, Esq. Abrams, Anton, Robbins, Resnick, Schneider & Mager |
| Ronald Ziegler, D.O., P.A. and Javery and Strum, D.O., P.A. v. Humana | 1994 | Expert witness - analysis of damages, breach of contract | D | Health care | David Sales, Esq. Searcy, Denney, Scarola, Barnhart & Shipley |
| Zingg Homes, L.C. | 2002 | Examiner | X | Residential home developer | |
| Over 10,000 matters | Various | Chapter 11 and Chapter 7 Trustee | | Various | Robert Angueira Office of the U.S. Trustee |

Legend: D = Deposition, E = Expert Report, T = Trial, P = Pending, X = Examiner
Updated: 6/23/2008